UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 8:15-cr-274-T-17EAJ

SCOTT MATTHEW PIATT

**PRELIMINARY ORDER OF FORFEITURE**

The United States moves, pursuant to 18 U.S.C. § 2253 and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for a preliminary order of forfeiture (DKT. 40) for the following: One custom black computer tower with Biostar motherboard and a 500 GB Western Digital hard drive, serial number WCAYU8842796.

Defendant Scott Matthew Piatt pleaded and was adjudged guilty of possession of and access with the intent to view child pornography, in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2), as charged in Count One of the Indictment. The Court finds that the computer tower and hard drive described above were used to commit and to promote the commission of the child pornography offense for which the defendant has been convicted. Thus, the United States has established the requisite nexus between the property and the offense of conviction. Accordingly, the motion of the United States is **GRANTED**.

Pursuant to 18 U.S.C. § 2253 and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the custom black computer tower with Biostar motherboard and 500 GB Western Digital hard drive, serial number WCAYU8842796, are

CASE NO. 8:15-CR-274-T-17 EAJ

FORFEITED to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853, as incorporated by 18 U.S.C. § 2253(b).

The Court retains jurisdiction to complete the forfeiture and disposition of this asset.

**ORDERED** in Tampa, Florida, on February 4th, 2016.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record