UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO.   8:15-cr-274-T-17EAJ

SCOTT MATTHEW PIATT

### FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Motion for a
Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim.
P. 32.2(c)(2), for one custom black computer tower with Biostar motherboard and a
500 GB Western Digital hard drive, serial number WCAYU8842796.

On February 4, 2016, the Court entered a Preliminary Order of Forfeiture,
forfeiting to the United States all right, title, and interest in the assets, pursuant to
18 U.S.C. § 2253.   Doc. 43.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule
32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to
dispose of the assets on the official government website, www.forfeiture.gov, from
February 5, 2016 through March 5, 2016.   Doc. 56.   The publication gave notice
to all third parties with a legal interest in the assets to file with the Office of the
Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal
Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a
petition to adjudicate their interest within 60 days of the first date of publication.

The Court further finds that no person, other than the defendant Piatt,

CASE NO. 8.15-CR-274-T-17EAJ

whose interest was forfeited to the United States in the Preliminary Order of

Forfeiture, and Jennifer Piatt (who did not file a claim), are known to have an

interest in the assets.   No third party has filed a petition or claimed an interest in

the assets, and the time for filing a petition has expired.   Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the

United States' motion is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. §

853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title and interest in the assets

are CONDEMNED and FORFEITED to the United States for disposition according

to law.

Clear title to the asset is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, on April_____8th_____, 2016.


ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
James A. Muench, AUSA
Counsel of Record

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

2